**AFFIRM; Opinion Filed May 1, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00985-CR

### TRACY LYNN SIMS, JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court
### Dallas County, Texas
### Trial Court Cause No. F09-71267-H

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Tracy Lynn Sims, Jr. waived a jury and pleaded guilty to aggravated robbery with a deadly weapon, a firearm. *See* TEX. PENAL CODE ANN. § 29.03(a) (West 2011). Pursuant to a plea agreement, the trial court deferred adjudicating guilt, placed appellant on five years' community supervision, and assessed a $3,000 fine. The trial court later granted the State's motion to adjudicate, finding appellant violated the terms of his community supervision, and assessed punishment at twelve years' imprisonment. On appeal, appellant's attorney filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional

evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to file a pro se response, but he did not file a pro se response.

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/David W. Evans/
DAVID W. EVANS
JUSTICE


Do Not Publish
Tex. R. App. P. 47
120985F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRACY LYNN SIMS, JR., Appellant

No. 05-12-00985-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas (Tr.Ct.No. F09-71267-H).
Opinion delivered by Justice Evans, Justices Lang and Myers participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 1, 2013.

/David W. Evans/
DAVID W. EVANS
JUSTICE